AARON G. STITES (Cal. Bar No. 255994)
agstites@stitesfirm.com
STITES LAW FIRM
P.O. Box 2032
Moorpark, CA 93020
Phone: (310) 743-6438
Attorney for Plaintiff JANE DOE

ORIGINAL

FILED 2008 DEC 16 PM 1:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JANE DOE,

              PLAINTIFF/PETITIONER,

v.

LOS ANGELES WEST TRAVELODGE;
and DOES 1 through 10,    DEFENDANT(S).

CASE NUMBER

**CV08-8279**

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, __NORMA DAVIS__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __1991-1992; approx. $1,000.00 per month__

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment? ☐ Yes ☒ No
    b. Rent payments, interest or dividends? ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
    d. Gifts or inheritances? ☐ Yes ☒ No
    e. Any other income (other than listed above)? ☐ Yes ☒ No
    f. Loans? ☐ Yes ☒ No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   _____Chartway Federal Credit Union, Acct. # 694183 - approx. $1,064_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes   ☒No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? __1991-1992__

   Approximately how much income did your last tax return reflect? __UNDER $20,000__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   _____None_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| Illinois | Chicago |
|---|---|
| State | County (or City) |

I, _____NORMA DAVIS_____, declare under penalty of perjury that the foregoing is true and correct.

__12/10/08__
Date

*[signature: Norma Davis]*
Plaintiff/Petitioner (Signature)