JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NORMA DAVIS, | Case No. CV08-8279 CBM (CTx) |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| LOS ANGELES WEST TRAVELODGE; and DOES 1 through 10, | |
| Defendants. | |

    Following a jury trial in the above-referenced matter and verdict reached by the jury on October 14, 2009, Judgment was entered as follows:

<u>On Plaintiff's claim for violation of the Civil Rights Act of 1964</u>:

    1.    The jury found in favor of Defendant Los Angeles West Travelodge, L.P. and against Plaintiff Norma Davis.

<u>On Plaintiff's claim for violation of the Americans with Disabilities Rights Act</u>:

    2.    The jury found in favor of Defendant Los Angeles West Travelodge, L.P. and against Plaintiff Norma Davis.

<u>On Plaintiff's claim for violation of the California Civil Code</u>:

    3.    The jury found in favor of Defendant Los Angeles West Travelodge, L.P. and against Plaintiff Norma Davis.

4. Judgment is entered in favor of Defendant Los Angeles West Travelodge, L.P.

IT IS SO ORDERED.

Dated: October 21, 2009

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT